**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **GRECIA ESTATE HOLDINGS LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FIRST NATIONAL BANK TEXAS**<br><br>**Defendant.** | **Civil Action No.: 6:21-cv-00830**<br><br>**JURY TRIAL DEMANDED** |

# EXHIBIT B

# Claim Chart

# U.S. Patent #8,402,555: FIRST NATIONAL BANK TEXAS (FNBT) App

Filing and Trial Chart

| Claim 17 (35 U.S.C. 282) | Analysis | Select Evidence |
|---|---|---|
| The computer program product of claim 15, wherein the computer program product facilitates access rights authentication for the encrypted digital media, the branding request is an access request, and wherein the read or write request of metadata is performed in connection with a combination of a memory, CPU, server, database, and cloud system; the **access request is generated by** either a human user, a machine, or a **human programmed computerized device**; the access request further comprises a membership verification token and a **rights token**; wherein the rights token is a flag indicating the **verification token is successfully verified**. | FNBT makes, sells, and offers for sale a computer program product is capable of generating an access request to the FNBT account data with a biometric human programmed computerized device.<br><br>The FNBT computer program product is capable of using a human biometric programmed computerized device to write a FNBT user account "Rights Token" to indicate the user's secure biometric verification token is successfully verified for FNBT access. | Google Play · FNBT & FCB Mobile · FIRST NATIONAL BANK TEXAS · Finance · Everyone<br>Our Digital Banking app was designed wi... features that let you easily transfer funds... our Digital Banking app is streamlined fo...<br>24/7 Features:<br>• Touch ID and Face ID<br>• View your account balances with Quick...<br><br>**App Store Preview**<br>24/7 Features:<br>• Touch ID and Face ID<br>• View your account balances with Quick Balance<br>• View your Routing Number and Account Number<br>• Transfer funds between your FNBT/FCB accounts<br>• Deposit checks with Mobile Check Deposit<br>• Money Management including access to outside accounts<br>• Budgeting tools including widgets<br>• Pay bills with Bill Pay<br>• View and manage your Debit Card with Card Controls<br>• Manage and edit Alerts<br>• Open a new account<br>• Apply for a loan<br>• View your E-Statements and Notices<br>• Send a Secure Message<br>• Live Chat with a Customer Care Representative<br>• Locate a FNBT/FCB branch or ATM<br><br>Source: https://play.google.com/store/apps/details?id=com.digitalinsight.cma.fiid01685<br>https://apps.apple.com/app/id1470617240 |
| A computer program product for use with a computer, the computer program product comprising a non-transitory computer usable medium having a computer readable program code stored therein for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the computer program product performing the steps of: | The FNBT computer program product is capable of establishing a "rights token" flag such as the setCredential(_:type:) true/false biometric authentication flag. | Instance Method<br>**setCredential(_:type:)**<br>Sets an application-provided credential to be used when evaluating authentication.<br>**Return Value**<br>true if the credential was set, otherwise false.<br><br>Source: https://developer.apple.com/documentation/localauthentication/lacontext/1514168-setcredential |

| | | |
|---|---|---|
| receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of metadata of the encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | The FNBT computer program product is capable of receiving an access write request by receiving a biometric membership verification token through the FNBT communications console (Mobile App). | <br>Our Digital Banking Features Include:<br><br>Touch ID® and Face ID®*<br><br>Source: https://www.1stnb.com/online-and-mobile-banking |

| | | |
|---|---|---|
| authenticating the membership verification token, the authentication being performed in connection with a token database; | The FNBT computer program product is capable of authenticating the biometric membership verification token with a Secure Enclave Credential Management database (iOS) or a AndroidKeyStore database (Android).<br><br>FNBT App is capable of authenticating the biometric with a "Credential Management" database.<br><br>Biometric credentials is a "membership" to the computer program product device. |  |

| | | |
|---|---|---|
| establishing a connection with the at least one communications console wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) protocol wherein the API is related to a verified web service, the verified web service capable of facilitating a two way data exchange to complete a verification process; | The FNBT computer program product is capable of establishing an API communication related to the Frost Bank user account web services.<br><br>The FNBT communications console (e.g., Mobile App) is a combination of a GUI and an API related to the FNBT user account web services. |     <br><br>Source: FNBT App for iOS |

| | | |
|---|---|---|
| requesting at least one electronic identification reference from the at least one communications console wherein the electronic identification reference comprises a verified web service account identifier of the first user;<br><br>receiving the at least one electronic identification reference from the at least one communications console; | The FNBT computer program product is capable of requesting and receiving a FNBT account electronic Identification reference from the Communications Console. | <br>Source: FNBT App for iOS |

| | | |
|---|---|---|
| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | The FNBT computer program product is capable of writing the association of the biometric device membership verification token and the Frost Bank user account reference to the FNBT app metadata. |  Source: https://www.1stnb.com/online-and-mobile-banking https://apps.apple.com/app/id1470617240 |